| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | RICHARD EWENSTEIN (CABN 294649)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6842<br>FAX: (415) 436-7234<br>Richard.Ewenstein@usdoj.gov |
| 8 | Attorneys for United States of America |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6842
FAX: (415) 436-7234
Richard.Ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 19-00380 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM<br>) APRIL 7, 2020, TO JUNE 23, 2020, AND |
| v. | ) ORDER |
| MICHAEL HEAD, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Michael Head that the change of plea or status appearance scheduled for May 19, 2020 be reset for June 23, 2020. The parties further stipulate that time be excluded under the Speedy Trial Act from April 7, 2020, through June 23, 2020.

The parties last appeared before the Court on February 18, 2020. At that time, the Court set a change of plea or further status date on April 7, 2020. Due to the COVID-19 pandemic, the Court then continued the April 7, 2020 hearing to May 19, 2020 on its own motion. Dkt. No. 28.

As of the date of this stipulation, the President of the United States has declared a national public

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-00380 RS          v. 7/10/2018

health emergency,[1] and the Governor of the State of California has declared a public health emergency through the state,[2] both in response to the spread of the virus known as COVID-19. On March 16, 2020, the Chief Judge of the United States District Court for the Northern District of California issued General Order 72, which provides, in pertinent part:

> Due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and court staff to be present in the courtroom, the time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the interest of the public and any defendant's right to a speedy trial pursuant to 18 U.S.C. section 3161(h)(7)(A).

Gen. Order No. 72, In re: Coronavirus Disease Public Health Emergency (March 16, 2020, N.D. Cal.)

For this reason, the parties stipulate and agree to exclude time from April 7, 2020 through June 23, 2020 and that that the ends of justice served by excluding the time from April 7, 2020, through June 23, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); *see also Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice continuance following the eruption of Mt. St. Helens).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

//
//
//

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).

[2] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

IT IS SO STIPULATED.

DATED: April 9, 2020

        /s/
RICHARD EWENSTEIN
Assistant United States Attorney

DATED: April 9, 2020

        /s/
MARK GOLDROSEN
Counsel for Defendant MICHAEL HEAD

DATED: April 9, 2020

        /s/
MICHAEL GAINES
Counsel for Defendant MICHAEL HEAD

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-00380 RS      v. 7/10/2018

# ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that the ends of justice served by excluding the time from April 7, 2020, to June 23, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 7, 2020, through June 23, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: April 9, 2020

HON. RICHARD SEEBORG
United States District Judge