MARK GOLDROSEN, Bar No. 101731
Attorney at Law
255 Kansas Street
Suite 340
San Francisco, CA 94107
TEL: (415) 565-9600
FAX: (415) 565-9601

MICHAEL GAINES, Bar No. 50553
Attorney at Law
255 Kansas Street
Suite 340
San Francisco, CA 94107
TEL: (415) 565-9600
FAX: (415) 565-9601

Attorneys for Defendant MICHAEL CAMERON HEAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO FACILITY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL CAMERON HEAD,<br><br>Defendant. | No. 19-cr-0380-RS<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |

GOOD CAUSE APPEARING AND BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the date of the change of plea hearing in the above-entitled case is continued from June 29, 2020, at 11:00 a.m. to August 3, 2020, at 11:00 a.m.

IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act from June 23, 2020 through August 3, 2020, so that Mr. Head may maintain continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time from June 29, 2020, through August 3, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: June 11, 2020

Hon. Richard Seeborg
U.S. District Judge